IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRADLEY BUEHLHORN**
**and LOIS HESS**,

**Relators,**

v.

**MARV-O-LUS MANUFACTURING**
**COMPANY,**

**Defendant.**                                                  **No. 10-0567-DRH**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 30, 2010, counsel for Defendant entered his appearance and filed a motion to extend time to respond to the complaint. However, the record reflects that Defendant has not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statement. Thus, Court **ORDERS** Defendant to file its disclosure statement on or before September 7, 2010

**IT IS SO ORDERED.**

Signed this 31st day of August, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**