IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADLEY BUEHLHORN
and LOIS HESS,

Relators,

v.

MARV-O-LUS MANUFACTURING
COMPANY,

Defendant.                                              No. 10-0567-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. After reviewing the pleadings regarding the motion to dismiss, the Court finds that further briefing is required. Specifically, the Court **DIRECTS** defendant to file a reply brief addressing the issue of the alleged settlement agreement and whether this Court should hold in abeyance a decision pending resolution of the state court action relative thereto. Defendant shall file the reply brief on or before July 22, 2011.

**IT IS SO ORDERED.**

Signed this 8th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.08 16:31:58 -05'00'

**Chief Judge**
**United States District Court**